UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Gardner v. Knauf Gips KG, et al.*, Case No. 15-2529 | |

## ORDER

Considering the foregoing Motion to Dismiss all Defendants, including but not limited to, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and Case No. 15-2529 is hereby dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

New Orleans, Louisiana, this __8th__ day of _____May_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

1